IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
                  Plaintiff,   )        8:04CR31
                               )
         v.                    )
                               )
BRIAN KEITH ANDERSON,          )        ORDER
                               )
                  Defendant.   )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 16). The Court notes defendant is in a treatment facility and that the parties believe this matter can be resolved with a plea. Accordingly,

IT IS ORDERED that trial is rescheduled for:

**Monday, June 13, 2005, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between May 16, 2005, and June 13, 2005, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 13th day of May, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court