IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR31 |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN KEITH ANDERSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Court has been advised the defendant wishes to enter a guilty plea in this matter. Accordingly,

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Friday, June 24, 2005, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between June 13, 2005, and June 24, 2005, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 8th day of June, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court