IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )         8:04CR31
                              )
       v.                     )
                              )
BRIAN KEITH ANDERSON,         )         ORDER
                              )
              Defendant.      )
_____)
```

This matter is before the Court on plaintiff's motion to continue sentencing (Filing No. 26). The Court notes defendant has no objections to said continuance. Accordingly,

IT IS ORDERED that sentencing is rescheduled for:

**Tuesday, October 4, 2005, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 23rd day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court